UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A. Doe, *et al.*, | : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:20-490 |
| v. | : | (JUDGE MANNION) |
| CITY OF SCRANTON, *et al.*, | : | |
| Defendants | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** McDonald's motion to stay this civil action pending resolution of the criminal investigation and expected criminal charges against him, **(Doc. 14)**, is **GRANTED**;

**(2)** McDonald's motion for an extension of time to file his answer to plaintiffs' complaint, **(Doc. 13)**, is **GRANTED** until the stay in this case is lifted; and

- 2 -

**(3)**   the parties are directed to provide the court with quarterly status reports commencing June 1, 2021, regarding the ongoing criminal investigation into McDonald's conduct.

                                          s/ *Malachy E. Mannion*
                                          **MALACHY E. MANNION**
                                          **United States District Judge**

**Date: March 18, 2021**
20-490-01-ORDER